ROBERT HOLMES BELL, District Judge,
dissenting.
I agree with the desirability of a rule that permits an equitable estoppel claim to vary ERISA pension plan provisions which, although unambiguous, do not allow for individual calculation of benefits. Nevertheless, it appears that any rule that permits an equitable estoppel claim to vary ERISA pension plan provisions that are unambiguous conflicts with the rule announced in Sprague v. General Motors Co., 133 F.3d 388 (6th Cir.1998) (en banc), that estoppel cannot be applied to vary the terms of unambiguous provisions. Id. at 404. Accordingly, until Sprague is over *445 turned by an en banc panel of this Court or the United States Supreme Court, I believe we are required to affirm the dismissal of Bloemker’s equitable estoppel claim. United States v. Simpson, 520 F.3d 531, 540-41 (6th Cir.2008) (quoting Darrah v. City of Oak Park, 255 F.3d 301, 309 (6th Cir.2001)); 6th Cir. R. 206(c).